IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CHARLES DEAN GARNER                                           PLAINTIFF

    V.                    Civil No. 08-6031

SGT. ANSLEY                                                   DEFENDANT

O R D E R

On this 27th day of January 2010, there comes on for consideration the report and recommendation filed in this case on January 7, 2010, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. (Doc. 43). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE for failure to prosecute and to obey the orders of this Court. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

                              /s/ Robert T. Dawson
                              Honorable Robert T. Dawson
                              United States District Judge